**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LOUIS DIOR AMIR,

Petitioner

v.

JOHN A. VASKOV, ESQUIRE DEPUTY
PROTHONOTARY OF THE SUPREME
COURT OF PENNSYLVANIA IN HIS
OFFICIAL CAPACITY,

Respondent

: No. 171 MM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.